1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOBA L.M., | Case No. 1:25-cv-00611-SAB-HC |
| Petitioner, | ORDER DENYING *PRO HAC VICE* APPLICATION |
| v. | (ECF No. 3) |
| TONYA ANDREWS, et al., | |
| Respondents. | |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 23, 2025, attorney Elena Hodges filed a *pro hac vice* application. (ECF No. 3.) Rule 180 of the Local Rules of Practice for the United States District Court, Eastern District of California ("L.R.") provides in pertinent part:

> **Attorneys Pro Hac Vice.** An attorney who is a member in good standing of, and eligible to practice before, the Bar of any United States Court or of the highest Court of any State, or of any Territory or Insular Possession of the United States, and who has been retained to appear in this Court may, upon application and in the discretion of the Court, be permitted to appear and participate in a particular case. Unless authorized by the Constitution of the United States or an Act of Congress, an attorney is not eligible to practice pursuant to (b)(2) if any one or more of the following apply: (i) the attorney resides in California, (ii) the attorney is regularly employed in California, or (iii) the attorney is regularly engaged in professional activities in California.

L.R. 180(b)(2).

1

Here, the application states that the applicant resides in Berkeley, California, and the applicant's law firm is located in San Francisco, which suggests regular employment in California and regular engagement in professional activities in California. (ECF No. 3 at 2.) Based on the foregoing, the applicant is not eligible to practice pursuant to L.R. 180(b)(2).

Accordingly, IT IS HEREBY ORDERED that the *pro hac vice* application (ECF No. 3) is DENIED.

IT IS SO ORDERED.

Dated:   **May 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2