# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOBA L.M., | Case No. 1:25-cv-00611-JLT-SAB-HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO STRIKE |
| v. | |
| TONYA ANDREWS, et al., | (ECF No. 13) |
| Respondents. | |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 2, 2025,[1] the Court ordered Respondents "to use 'Loba L.M.,' 'Loba,' or 'Mx. L.M.' in place of Petitioner's legal name in any filings in this litigation; and to redact from any exhibits filed in this litigation":

   a. Petitioner's full legal name aside from the first initials of each name;
   b. All but the last three digits of identifiers publicly linked to her full legal name such as drivers' license number and immigration file number ("A-number");
   c. Number and street name of home addresses;
   d. Last names of family members, except for the first initial of the last name(s);
   e. All but the last three digits of any criminal, civil, or other judicial case numbers linked to Petitioner's full legal name.

(ECF No. 11 at 4.)

---

[1] The order was signed on July 1, 2025, but not docketed until July 2, 2025.

1

On August 1, 2025, Respondents filed a motion to dismiss and attached various exhibits. (ECF Nos. 12, 12-1.) On August 6, 2025, Petitioner filed the instant motion to strike and/or seal Respondents' submission. Petitioner moves to strike from the docket or place under seal portions of Respondents' exhibits submitted in support of their motion to dismiss because the exhibits contain numerous instances of unredacted material that violate the Court's July 2, 2025 order. (ECF No. 13.)

After consideration of Petitioner's motion, and for good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion to strike (ECF No. 13) is GRANTED;
2. Exhibits 1, 3, 4, and 6 submitted with Respondents' motion to dismiss (ECF No. 12-1 at 5–8, 11–50, 56–68[2]) are STRICKEN from the record without prejudice;
3. The Clerk of Court is DIRECTED to remove Exhibits 1, 3, 4, and 6 (ECF No. 12-1 at 5–8, 11–50, 56–68) from the docket; and
4. Within **SEVEN (7) days** of the date of this order, Respondents SHALL refile this evidence with appropriate redactions, in compliance with the Federal Rule of Civil Procedure 5.2(a) and this Court's July 2, 2025 order.

IT IS SO ORDERED.

Dated:   **August 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[2] Page numbers refer to the ECF pagination stamped at the top of the page.

2