# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOBA L.M., | Case No. 1:25-cv-00611-JLT-SAB-HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |
| v. | |
| TONYA ANDREWS, et al., | ORDER DIRECTING RESPONDENT TO SUBMIT REDACTED EXHIBITS |
| Respondents. | |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 2, 2025,[1] the Court ordered Respondents "to use 'Loba L.M.,' 'Loba,' or 'Mx. L.M.' in place of Petitioner's legal name in any filings in this litigation; and to redact from any exhibits filed in this litigation":

    a. Petitioner's full legal name aside from the first initials of each name;
    b. All but the last three digits of identifiers publicly linked to her full legal name such as drivers' license number and immigration file number ("A-number");
    c. Number and street name of home addresses;
    d. Last names of family members, except for the first initial of the last name(s);
    e. All but the last three digits of any criminal, civil, or other judicial case numbers linked to Petitioner's full legal name.

(ECF No. 11 at 4.)

---

[1] The order was signed on July 1, 2025, but not docketed until July 2, 2025.

On August 1, 2025, Respondents filed a motion to dismiss and attached various exhibits. (ECF Nos. 12, 12-1.) On August 6, 2025, Petitioner filed a motion to strike and/or seal Respondents' submission because the exhibits contain numerous instances of unredacted material that violate the Court's July 2, 2025 order. (ECF No. 13.) On August 12, 2025, the Court granted Petitioner's motion to strike and ordered Exhibits 1, 3, 4, and 6 submitted with the motion to dismiss stricken from the record without prejudice. The Court further ordered that "[w]ithin **SEVEN (7) days** of the date of this order, Respondents SHALL refile this evidence with appropriate redactions, in compliance with the Federal Rule of Civil Procedure 5.2(a) and this Court's July 2, 2025 order." (ECF No. 14 at 2.)

More than two weeks have passed since the August 12, 2025 order, and Respondents still have not submitted Exhibits 1, 3, 4, and 6 with the appropriate redactions. Local Rule 110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." L.R. 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **SEVEN (7) days** of the date of service of this order, Respondents SHALL SHOW CAUSE why sanctions should not be imposed for failure to comply with this Court's August 12, 2025 order; and

2. Within **SEVEN (7) days** of the date of this order, Respondents SHALL refile with appropriate redactions Exhibits 1, 3, 4, and 6 submitted with Respondents' motion to dismiss, in compliance with the Federal Rule of Civil Procedure 5.2(a) and this Court's July 2, 2025 order.

IT IS SO ORDERED.

Dated: __**August 29, 2025**__

STANLEY A. BOONE
United States Magistrate Judge