# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOBA L.M., | Case No. 1:25-cv-00611-JLT-SAB-HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITIONER'S MOTION TO STRIKE |
| v. | |
| TONYA ANDREWS, et al., | (ECF No. 19) |
| Respondents. | |

On September 8, 2025, Petitioner filed a motion to strike exhibits with prejudice. (ECF No. 19.)

IT IS HEREBY ORDERED that Respondents SHALL FILE a response to the motion to strike (ECF No. 19) on or before Friday, September 11, 2025.

IT IS SO ORDERED.

Dated: __September 8, 2025__

STANLEY A. BOONE
United States Magistrate Judge