# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOBA L.M.,<br><br>　　　　Petitioner,<br><br>　v.<br><br>TONYA ANDREWS, et al.,<br><br>　　　　Respondents. | Case No. 1:25-cv-00611-JLT-SAB-HC<br><br>ORDER GRANTING IN PART PETITIONER'S MOTION TO STRIKE, GRANTING RESPONDENTS' MOTION TO STRIKE, AND DIRECTING CLERK OF COURT TO REMOVE EXHIBITS<br><br>(ECF Nos. 19, 20) |

After consideration of the parties' motions, IT IS HEREBY ORDERED that:

1. Petitioner's motion to strike (ECF No. 19) is GRANTED in part;

2. Respondent's motion to strike (ECF No. 20) is GRANTED;

3. Exhibits 1, 3, and 4, which Respondents re-submitted in support of their motion to dismiss (ECF No. 17-1 at 2–4, 6–40, 42–44), are STRICKEN from the record without prejudice; and

4. The Clerk of Court is DIRECTED to remove Exhibits 1, 3, and 4 (ECF No. 17-1 at 2–4, 6–40, 42–44) from the docket.

IT IS SO ORDERED.

Dated: **September 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge