ELENA HODGES, ESQ. (SBN 805655)
PANGEA LEGAL SERVICES
391 SUTTER ST., SUITE 500
SAN FRANCISCO, CA 94108
TEL.  (415) 757-9917
FAX. (415) 593-5335
elena@pangealegal.org

*Pro Bono Attorney for Petitioner*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **LOBA L. M. aka D.A.L.M.**, | No. 1:25-cv-00611-JLT-SAB (HC) |
| *Petitioner*, |  |
| v. | **JOINT STIPULATION & ORDER RE: EXTENSION OF DEADLINE FOR PETITIONER'S REPLY BRIEF FOR EAJA MOTION** |
| TONYA ANDREWS, Facility Administrator of Golden State Annex ICE, |  |
| *Respondent*. |  |

Pursuant to Local Rule 144, Petitioner Loba L.M. ("Loba" or "Petitioner") and Respondent Tonya Andrews ("Respondent") respectfully request that the Court extend the deadline for Petitioner to reply to Respondents' response to Petitioner's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA Motion"), Dkt. 36. Undersigned counsel for Respondent shared with undersigned counsel for Petitioner that, due to the ongoing partial government shutdown, Respondent remains unable to negotiate a settlement. The parties therefore seek a further extension in order to permit the exploration of settlement if and when the partial shutdown has ended. Should the partial shutdown remain ongoing as the reset briefing deadline approaches, the parties will discuss whether to stipulate to another extension.

The parties stipulate, subject to the Court's approval, that Petitioner's deadline to reply to Respondent's response to Petitioner's EAJA Motion be extended by 30 days, to Wednesday, May 20, 2026, and to reset the hearing accordingly.

Respectfully submitted,

Dated:  April 17, 2026              */s/ Elena Hodges*
                                    ELENA HODGES, Esq.
                                    *Pro Bono* Attorney for Petitioner

Dated:  April 17, 2026              ERIC GRANT
                                    United States Attorney

                                    */s/ Heiko P. Coppola*
                                    HEIKO P. COPPOLA
                                    Assistant United States Attorney

**\*Attestation Pursuant to L.R. 144(a)**

As the filer of this document, I, Elena Hodges, attest that I obtained concurrence from Heiko P. Coppola in the filing of this document.

Dated:  April 17, 2026              */s/ Elena Hodges*
                                    ELENA HODGES, Esq.
                                    *Pro Bono* Attorney for Petitioner

**ORDER**

The Court, having reviewed the parties' joint stipulation for a 30-day extension of time for Petitioner's reply to Respondent's response to Petitioner's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, Dkt. 46, in order to permit exploration of settlement, HEREBY GRANTS the stipulation. The Court ORDERS that Petitioner's deadline for any reply be extended by 30 days, to May 20, 2026. The Court further ORDERS that the hearing deadline be reset accordingly.

IT IS SO ORDERED.

Dated:    **April 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge